En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| IN RE: | |
| | Conducta |
| Pilar Ballerter Morales (6,263) | Profesional |
| Humberto Díaz Ponce de León(1,044) | |
| John Fuentes Borrero (6,478) | 99TSPR39 |
| Héctor González López (4,111) | |
| Rafael Medina Zerpa (7,348) | |
| Leyda Ortiz Santiago (10,922) | |
| Carlos G. Ramírez Cintrón (6,960) | |
| Alfonso Ramos Torres (11,460) | |
| Isabel Ríos Duchesne (2,942) | |
| Néstor Ruiz Díaz (3,406) | |
| Benjamín Santana Jiménez (2,363) | |
| Ytmar Santiago Gabriel (8,293) | |
| Héctor Segarra Irizarry (2,876) | |
| Carlos A. Vallecillo Vives (3,771) | |
| Norma Villanueva Díaz (7,802) | |
| | |
| Querellados | |
| | |
| V. | |
| | |

Número del Caso: 6,263 y otros

Abogados de la Parte Querellante: Lcda. Mady Pacheco García de la Noceda, Directora Ejecutiva
Colegio de Abogados

Abogados de la Parte Recurrida:

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 3/12/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

| | |
|---|---|
| Pilar Ballester Morales (6,263) | Querella sobre |
| Humberto Díaz Ponce de León (1,044) | suspensión del |
| John Fuentes Borrero (6,478) | ejercicio de |
| Héctor González López (4,111) | la profesión |
| Rafael Medina Zerpa (7,348) | de la abogacía |
| Leyda Ortiz Santiago (10,922) | |
| Carlos G. Ramírez Cintrón (6,960) | |
| Alfonso Ramos Torres (11,460) | |
| Isabel Ríos Duchesne (2,942) | |
| Néstor Ruiz Díaz (3,406) | |
| Benjamín Santana Jiménez (2,363) | |
| Ytmar Santiago Gabriel (8,293) | |
| Héctor Segarra Irizarry (2,876) | |
| Carlos A. Vallecillo Vives (3,771) | |
| Norma Villanueva Díaz (7,802) | |

PER CURIAM

San Juan, Puerto Rico, a 12 de marzo de 1999.

Mediante Resoluciones concedimos un término de veinte (20) días a los abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Estas Resoluciones fueron notificadas por correo certificado a la dirección de record de los abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado dicho cambio a la Secretaría de este Tribunal. La Regla 8(j) del Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección al Secretario del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re: Cruz González, 123 D.P.R. 108 (1989).

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, _In re: Morales Sánchez_, Opinión y Sentencia de 31 de agosto de 1995, 141 D.P.R.___(1995); _In re: Serrallés III_, 119 D.P.R. 494, (1987); _Colegio de Abogados_ v. _Schneider_, 117 D.P.R. 504 (1986); _In re: Vega González_, 116 D.P.R. 379, (1985); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, _In re: Pérez Benabe_, Opinión y Sentencia de 19 de mayo de 1993, 133 D.P.R.___ (1993); _In re: Ribas Dominicci_, 131 D.P.R. 491 (1992); _In re: Nicot Santana_, 129 D.P.R. 717 (1992); _In re: Colón Torres_, 129 D.P.R.490 (1991), se decreta la suspensión indefinida del ejercicio de la abogacía en esta jurisdicción de los abogados de epígrafe.

Se dictará la Sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

| | |
|---|---|
| Pilar Ballester Morales (6,263) | Querella sobre |
| Humberto Díaz Ponce de León (1,044) | suspensión del |
| John Fuentes Borrero (6,478) | ejercicio de |
| Héctor González López (4,111) | la profesión |
| Rafael Medina Zerpa (7,348) | de la abogacía |
| Leyda Ortiz Santiago (10,922) | |
| Carlos G. Ramírez Cintrón (6,960) | |
| Alfonso Ramos Torres (11,460) | |
| Isabel Ríos Duchesne (2,942) | |
| Néstor Ruiz Díaz (3,406) | |
| Benjamín Santana Jiménez (2,363) | |
| Ytmar Santiago Gabriel (8,293) | |
| Héctor Segarra Irizarry (2,876) | |
| Carlos A. Vallecillo Vives (3,771) | |
| Norma Villanueva Díaz (7,802) | |

SENTENCIA

San Juan, Puerto Rico, a 12 de marzo de 1999.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión indefinida del ejercicio de la abogacía en Puerto Rico de los abogados de epígrafe.

El Alguacil notificará personalmente a la última dirección que aparezca en el expediente personal del abogado.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo